UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GLEN ALLEN, | Case No.: 13-CV-01169 |
| Plaintiff, | ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |
| v. | |
| METROPOLITAN LIFE INSURANCE COMPANY, | |
| Defendants. | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for December 18, 2013, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file a Joint Case Management Statement by <u>Monday, December 16, 2013, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: December 12, 2013

LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01169
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT