UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| GLEN ALLEN, | ) | Case No.: 13-CV-01169 |
|               Plaintiff, | ) ) | ORDER TO FILE JOINT CASE |
| v. | ) | MANAGEMENT STATEMENT |
| METROPOLITAN LIFE INSURANCE COMPANY, | ) ) ) ) | |
|               Defendants. | ) ) | |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for December 18, 2013, as required by Civil Local Rule 16-10(d).  The parties are hereby ORDERED to file a Joint Case Management Statement by <u>Monday, December 16, 2013, at 9 a.m.</u>  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: December 12, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-01169
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT